REBEKAH BAUMGARDNER
Nevada Bar No. 10893
LAW OFFICE OF
REBEKAH L. BAUMGARDNER
808 S. Seventh Street
Las Vegas, NV 89101
Telephone: (702) 410-8555
Facsimile: (702) 410-8556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND E. WILSON, an individual; | Case No: 2:10-CV-01436-LDG-LRL |
| Plaintiff, | |
| vs. | **EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE** |
| SUPERVALU, INC., a foreign corporation d/b/a ALBERTSON'S; DOES and ROES 1-100; inclusive, | |
| Defendant. | |

    REBEKAH L. BAUMGARDNER, ESQ., of the law firm of LAW OFFICE OF REBEKAH L. BAUMGARDNER formerly with Nelson Law, brings this Ex-Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice of Special Notice. As former counsel, it is no longer necessary that counsel receive CM/ECF Notice.

//

//

//

1  Counsel request to be removed from the CM/ECF Service List and from the mailing matrix on all
2  service lists in the above-referenced matter.
3        DATED this 2nd day of February 2011.

**LAW OFFICE OF REBEKAH L. BAUMGARDNER**

/s/Rebekah L. Baumgardner
REBEKAH L. BAUMGARDNER
Nevada Bar No. 10855
808 S. Seventh Street
Las Vegas, NV 89101

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  2-4-11